IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TREASEA SMITH WALKER                                                    PLAINTIFF

v.                                             CIVIL ACTION NO. 1:18-cv-00058-GHD-DAS

L-3 COMMUNICATIONS VERTEX
AEROSPACE LLC                                                           DEFENDANT

## ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by the parties to this action [57], the Court orders that Plaintiff's claims should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims are dismissed in their entirety with prejudice, and this case is CLOSED.

SO ORDERED, this the 12 day of August 2019.

_____
SENIOR U.S. DISTRICT JUDGE